IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV206

|  |  |
|---|---|
| ROBERT HALF INTERNATIONAL, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| AMBER N. McKIMM, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Robert Half International, Inc., to allow **Paul E. Prather** to appear *Pro Hac Vice*, dated May 23, 2007 [doc. # 7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Prather has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 24, 2007

Graham C. Mullen
United States District Judge