IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV206

ROBERT HALF INTERNATIONAL, INC., )
                   Plaintiff, )
                          )
          v. )               ORDER
                          )
AMBER MCKIMM )
                Defendant. )
                          )
_____ )

THIS MATTER is before the Court upon Plaintiffs' Joint Stipulation of Dismissal with

Prejudice. [Docket # 13].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil

Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: June 13, 2007

Graham C. Mullen
United States District Judge