UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV206

| ROBERT HALF INTERNATIONAL INC., | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMBER N. McKIMM, | ) | |
| Defendant. | ) | |

    The matter is before the Court on its own motion. Upon Notice of Voluntary Dismissal [doc. 13] filed on June 11, 2007, this case has been closed and there is no need for a subsequent order. Therefore, the Order [doc. #14] filed on June 14, 2007 is hereby RESCINDED.

Signed: June 14, 2007

Graham C. Mullen
United States District Judge